IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT williamogles11@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 24-mj-4250<br><br>**Filed Under Seal** |

### MOTION TO AUTHORIZE DISCLOSURE OF SEALED SEARCH WARRANT

The United States of America, by and through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and Robert S. Levine and Chris Suedekum, Assistant United States Attorneys, hereby moves this Court to authorize the Government to disclose the existence of the search warrant in the above-referenced case to counsel for one of the subjects of the investigation.

In support, the Government notes the following:

1. On August 2, 2024, law enforcement agents executed a separate search warrant (Case No. 24-mj-4276) for the cellular telephone of a subject of the Government's investigation.

2. The above-captioned search warrant relates to the same subject's Google account.

3. As a result of the execution of the cell phone warrant, the subject retained counsel ("defense counsel") and defense counsel has contacted the Government regarding the ongoing investigation and the Government's review of the cell phone.

4. Defense counsel has indicated that they plan to seek court intervention (presumably injunctive relief) regarding the Government's review of the cell phone based on the Speech or Debate Clause of the U.S. Constitution based on the subject's status as a Member of the U.S. House of Representatives. That intervention may also implicate

the Government's review of the subject's Google account.

5. The above-captioned search warrant for the subject's Google account is currently under seal and subject to a non-disclosure order. Therefore, defense counsel, at present, are unaware of the existence of the Google warrant.

6. In the interest of judicial economy, and to permit the subject to litigate issues that will likely touch on both the subject cell phone and the subject Google account, the Government requests permission to disclose the existence of the Google search warrant in the above-captioned case to defense counsel.

7. While the Court has already authorized disclosure to a defendant when necessary to comply with the Government's discovery obligations under Rule 16 and *Brady*, no charges have been brought in this case and, thus, the subject is not a "defendant." Therefore, out of an abundance of caution, the Government seeks approval to make the limited disclosure as described above.

8. The search warrant and other related documents will otherwise remain under seal, in accordance with the Court's prior order.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: /s/ Chris Suedekum
CHRIS SUEDEKUM
ROBERT S. LEVINE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151
