IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT williamogles11@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 24-mj-4250<br><br>**Filed Under Seal** |

## ORDER AUTHORIZING LIMITED DISCLOSURE OF SEARCH WARRANT

This matter comes before the Court on the United States' motion to authorize the disclosure of the sealed search warrant in the above-captioned case to counsel for one of the subjects of the investigation. The motion is GRANTED and it is hereby ordered that:

The Government may, at its discretion, disclose the sealed search warrant and its attachments to counsel for the subject of the investigation for the reasons set forth in the Government's motion. The search warrant and all related documents will continue to remain under seal, pending further order of the Court.

August 9, 2024
_____
Date

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge