IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In the Matter of the Search of Information Associated with w***********1@gmail.com That is Stored at Premises Controlled by Google, Inc., <br><br> In the Matter of the Search of A Wireless Telephone Assigned Telephone Number (615) ***-****, Believed to Be Used by William Andrew Ogles, <br><br> U.S. Representative William Andrew Ogles, in both his official capacity as a Member of the U.S. House of Representatives, and his individual capacity, <br><br>       Movant. | Case No. 24-mj-4250, 24-mj-4276 <br><br> Magistrate Judge Alistair Newbern |

**MOTION TO CONSOLIDATE
AND FILE IN EXCESS PAGES**

U.S. Representative William Andrew Ogles moves this Court to consolidate the above-referenced matters pursuant to Fed. R. Civ. P. 42(a). The dockets in both matters are presently under seal. But Congressman Ogles does <u>not</u> seek to file the instant motion or his Rule 41 motion under seal.

Congressman Ogles is challenging the constitutionality of the search warrants in both matters. The challenge involves common questions of fact because both warrants involved the search of property belonging to Congressman Ogles during an investigation conducted by the Department of Justice. And Congressman Ogles brings the same legal challenge to both: that the seized property contains legislative

materials protected from disclosure by the Constitution's Speech or Debate Clause. By separate and contemporaneous motion, pursuant to Fed. R. Crim. P. 41(g), he seeks return of the legislative materials. Thus, both search warrants implicate the same legal issue. Consolidation will allow the Court to adjudicate these shared factual and legal issues in a manner that avoids unnecessary costs or delay.

Therefore, Congressman Ogles respectfully requests that the Court consolidate these matters.

Pursuant to Local Rule 7.01(a)(2), Congressman Ogles also moves this Court for leave to file excess pages in his Emergency Motion for Return of Property (the "Motion"). The Motion would be under the 25-page limit set forth in Local Rule 7.01(a)(2) if it were in Times New Roman font. To enhance its readability, however, the Motion is set in Century Schoolbook. It is 28 pages long. Good cause also exists for the enlargement. The Motion addresses important constitutional protections provided to a sitting Member of Congress under the Speech or Debate Clause.

Therefore, Congressman Ogles respectfully requests that the Court grant him leave to file excess pages regarding this issue.

Date: September 3, 2024

2

Case 3:24-mj-04250 Document 5 Filed 09/03/24 Page 2 of 4 PageID #: 132

Respectfully submitted,

LITSON PLLC

*/s/ Alex Little*
J. Alex Little (No. 29858)
Zachary C. Lawson (No. 36092)
John R. Glover (No. 37772)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co | zack@litson.co | jr@litson.co

RAYBIN & WEISSMAN, P.C.

*/s/ David Raybin*
David Louis Raybin (No. 3385)
424 Church Street, Suite 2120
Nashville, Tennessee 37219
Telephone: (615) 256-6666 Ext. 220
draybin@NashvilleTnLaw.com

E&W LAW, LLC

*/s/ John S. Irving*
John S. Irving*
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
john.irving@earthandwatergroup.com
        *Pro hac vice motion forthcoming*

SECIL LAW PLLC

*/s/ John P. Rowley III*
John P. Rowley III*
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 642-0679
jrowley@secillaw.com
        *Pro hac vice motion forthcoming*

*Counsel for Congressman Andy Ogles*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on the 3rd day of September 2024, a true and correct copy of the foregoing has been emailed to the following counsel:

Chris Suedekum
Robert Levine
Assistant United States Attorneys
U.S. Attorney's Office
for the Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Chris.Suedekum@usdoj.gov
Robert.Levine@usdoj.gov

John P. Taddei
Trial Attorney, Public Integrity Section
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
John.Taddei@usdoj.gov

                */s/ Alex Little*