UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT, *************@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 24-mj-4250<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

U.S. Representative William Andrew Ogles has filed a motion for the return of certain property. (Doc. No. 4.) The United States shall file any response to Ogles's motion by September 11, 2024.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge