ORDER:
The motion is **GRANTED**.

*Alistair E. Newbern* (signature)
Alistair E. Newbern
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: INFORMATION ASSOCIATED | ) | |
| WITH WILLIAMOGLES************* | ) | No: 3:24-mj-04250 |
| THAT IS STORED AT PREMISES | ) | |
| CONTROLLED BY GOOGLE, INC. | ) | JUDGE NEWBERN |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney for the Middle District of Tennessee, and moves this Court to withdraw Assistant United States Attorneys Robert S. Levine and J. Christopher Suedekum as prosecutors and counsel of record on this case. For cause, undersigned counsel would submit that an attorney from the Public Integrity Section of the United States Department of Justice will take over as lead prosecutor on this case, enter a subsequent notice of appearance, and represent the United States in the matter pending before the Court. Undersigned counsel would note that Mr. John P. Taddei of the Public Integrity Section of the United States Department of Justice is already counsel of record in matter number 3:24-mj-4276 which is a companion case to this matter.

Respectfully submitted,

By:     *s/ Robert McGuire*
       ROBERT McGUIRE
       Acting United States Attorney
       719 Church Street, Suite 3300
       Nashville, Tennessee 37203
       Telephone: 615-736-5151