UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: Search Warrants | Case No. 3:24-mj-04250<br>Case No. 3:24-mj-04276<br><br>Magistrate Judge Alistair E. Newbern |

### ORDER

On January 31, 2025, the Court granted the motions of then-Acting United States Attorney Robert McGuire[1] to withdraw local Assistant United States Attorneys Robert S. Levine and J. Christopher Suedekum as prosecutors and counsel of record in these matters. (4250 Doc. No. 21; 4276 Doc. No. 20.) The Court takes judicial notice that, on December 18, 2025, the United States Senate confirmed Braden Boucek to be United States Attorney for the Middle District of Tennessee.[2]

Mr. Boucek is ORDERED to file a notice of the United States' position on the status of these matters by no later than 14 days after he takes office.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 546, Mr. McGuire has served as First Assistant United States Attorney since November 17, 2025.

[2] *See* PN379-3 — Braden Boucek — Department of Justice, https://www.congress.gov/nomination/119th-congress/379/3 (reflecting December 18, 2025 confirmation of Boucek's nomination) (last visited December 22, 2025).