UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: INFORMATION ASSOCIATED WITH WILLIAMOGLES************* THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | ) ) ) ) ) | Nos: 3:24-mj-04250 & 3:24-mj-04276 |
| IN RE: A WIRELESS TELEPHONE ASSIGNED TELEPHONE NUMBER (615) 430-****, BELIEVED TO BE USED BY WILLIAM ANDREW OGLES | ) ) ) ) | |

## POSITION OF THE UNITED STATES

The United States of America, by and through Braden H. Boucek, United States Attorney for the Middle District of Tennessee, and Edward P. Sullivan, Acting Chief, U.S. Department of Justice, Criminal Division, Public Integrity Section, submits the following Position in response to this Court's Order of December 22, 2025.[1] (DE # 21, No. 3:24-mj-04276.)

Previously, this Court granted the Motion to Withdraw two Assistant United States Attorney in the Office of the United States Attorney for the Middle District of Tennessee as counsel for the Government in these matters. (*See* DE # 21, No. 3:24-mj-04276.) In the previously filed Motion, the Government informed the Court that John Taddei, an attorney with the Public Integrity Section of the Justice Department's Criminal Division, would remain counsel for the United States in both matters. (DE # 19, No. 3:24-mj-04276.) That attorney remains counsel in both matters. Mr. Taddei is already docketed counsel of record in No. 3:24-mj-04276. In No. 3:24-mj-04250, the Court granted the Government's request for Mr. Taddei to appear pro hac vice. (DE # 17.) However, the Court has not yet added Mr. Taddei to ECF notifications as counsel of record. The

---

[1] In the Court's order, the Court ordered Mr. Boucek to file a notice "by no later than 14 days after he takes office." Mr. Boucek was sworn in as the United States Attorney on Wednesday, December 24, 2025, making the Court's deadline Wednesday, January 7, 2026.

Government requests that the Court do so now. At present, Assistant U.S. Attorney Robert McGuire is the sole docketed counsel of record for the Government in No. 3:24-mj-04250.

Mr. Ogles filed his emergency motion for return of property on September 3, 2024. (DE # 2, No. 3:24-mj-04276.) The parties subsequently completed briefing on the issues raised in the motion and, on October 7, 2024, at the Court's direction, the parties filed a joint notice advising the Court that no evidentiary hearing was necessary for the Court to rule on the motion. (DE # 17, No. 3:24-mj-04276.) Thus, the parties have been awaiting a ruling on the Defendant's Motions to Return Property for more than 14 months.[2]

Respectfully submitted,

*s/ Braden H. Boucek*
BRADEN H. BOUCEK
United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

EDWARD P. SULLIVAN
Acting Chief, Public Integrity Section
U.S. Department of Justice

*s/ John Taddei*
JOHN P. TADDEI
U.S. Department of Justice
950 Pennsylvania Ave NW; Ste 1716
Washington, DC 20530
202-514-3885
Email: john.taddei@usdoj.gov

---

[2] Local Rule 7.01(c) permits a party to file a motion to ascertain the status of a pending motion. While this is a criminal matter, to the extent that it is appropriate, the United States would submit that the Court can consider this position also as a motion seeking to ascertain the status of the pending Motion.