IN RE: INFORMATION ASSOCIATED )
WITH WILLIAM ANDREW OGLES )
THAT IS STORED AT PREMISES )
CONTROLLED BY GOOGLE, INC. )
                           )   Case Nos. 3:24-mj-04250; 3:24-mj-04276
IN RE: A WIRELESS TELEPHONE )
ASSIGNED TELEPHONE NUMBER )
(615) 430-****, BELIEVED TO BE )
USED BY WILLIAM ANDREW OGLES )

## NOTICE OF WITHDRAWAL OF PENDING EMERGENCY MOTIONS

Congressman Andy Ogles, by and through the undersigned counsel, respectfully notifies the Court that he is withdrawing his pending emergency motions for return of property. *See* ECF No. 4 (3:24-mj-04250) and ECF No. 2 (3:24-mj-04276). In discussions with the Office of the Assistant Attorney General for the Criminal Division of the United States Department of Justice, the Government has advised defense counsel that it will promptly return or destroy the property and information obtained pursuant to the respective search warrants at issue. The emergency motions filed by Congressman Ogles in these matters are therefore moot.

Respectfully submitted,

LITSON PLLC

/s/ Alex Little
J. Alex Little (No. 29858)
Zachary C. Lawson (No. 36092)
John R. Glover (No. 37772)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co | zack@litson.co | jr@litson.co

RAYBIN & WEISSMAN, P.C.

/s/ David L. Raybin
David Louis Raybin (No. 3385)
424 Church Street, Suite 2120
Nashville, Tennessee 37219
Telephone: (615) 256-6666 Ext. 220
draybin@NashvilleTnLaw.com

SECIL LAW PLLC

/s/ John S. Irving, IV
John S. Irving, IV
John P. Rowley III
1701 Pennsylvania Ave., N.W.,
Suite 200
Washington, D.C. 20006
Telephone: (301) 807-5670; (202) 642-0679
jirving@SECILlaw.com; jrowley@SECILlaw.com

*Counsel for Congressman Andy Ogles*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May 2026, a true and correct copy of the foregoing has been emailed to the following counsel:

Mac D. Heavener, III
Acting Principal Deputy Assistant Attorney General
United States Department of Justice
Criminal Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

/s/ Alex Little