**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the Matter of the Search of Information Associated with w************1@gmail.com That Is Stored at Premises Controlled by Google, Inc.,** | ) | **NO. 3:24-mj-04250**<br>**NO. 3:24-mj-04276** |
| **In the Matter of the Search of a Wireless Telephone Assigned Telephone Number (615) ***-****, Believed to be Used by William Andrew Ogles,** | ) | **JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE EVANS** |

**ORDER**

The Court will hold a telephone conference on October 2, 2026, at 9:30 a.m. The parties are directed to dial **855-244-8681** and enter Access Code **2310 964 0001** to be connected to the call.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE