ORDER: The motion (Doc. No. 41) is GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT W************1@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC<br><br>IN THE MATTER OF SEARCH OF A WIRELESS TELEPHONE ASSIGNED TELEPHONE NUMBER (615) ***-**** BELIEVED TO BE USED BY WILLIAM ANDREW OGLES | Case Nos. 3:24-mj-04250<br>3:24-mj-04276 |

**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO REPRESENTATIVE OGLES' OBJECTION TO THE MAGISTRATE JUDGE'S ORDER BY SCRIPPS MEDIA, INC.**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.01 (a), Scripps Media, Inc. ("Scripps"), which owns and operates WTVF NewsChannel5 in Nashville, Tennessee, respectfully moves for a seven-day extension of time to respond to Representative Ogles' Objection to the Magistrate Judge's September 4, 2026 Memorandum Order, which granted in part Scripps' motion to unseal the search warrant materials in these cases. Representative Ogle's Objections were filed on September 18, 2026. Dkt. No. 36.[1] After his original motion to stay, Dkt. No. 35, was denied, Dkt. No. 39, Representative Ogle's filed another Motion to Stay on September 25, 2026. Dkt. No. 40. As a result, Scripps's response to the Objections are currently due on October 2, 2206 and its response to the Motion to Stay is due on October 9, 2026. Scripps respectfully requests that its deadline to respond to Representative Ogles' Objections be extended seven-days to October 9,

[1] While this Motion is being filed in both cases, the docket citations are only to Case No. 3:24-mj-04250.