IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT w[redacted]1@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 24-mj-4250<br><br>**Filed Under Seal** |

**MOTION TO SEAL SEARCH WARRANT AND ALL RELATED DOCUMENTS**

The United States of America, by and through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and Robert S. Levine, Assistant United States Attorney, hereby moves this Court to seal the search warrant and all related documents in the above-referenced case in order to protect the ongoing investigation. However, the Government requests that it be allowed to disclose such sealed documents to counsel for any defendant in the above-referenced case, or any related case, in order to comply with its discovery obligations under Federal Rule of Criminal Procedure 16 and its *Brady/Giglio* obligations. And, the Government requests the right to redact the search warrant and all related documents in order to protect potential witnesses and/or personal identifying information.

Executed on July 12, 2024.

/s/ Robert S. Levine

ROBERT S. LEVINE
Assistant United States Attorney