IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT w[redacted]1@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 24-mj-4250<br>**Filed Under Seal** |

**ORDER SEALING SEARCH WARRANT AND ALL RELATED DOCUMENTS**

This matter comes before the Court on the United States' Motion to Seal the Search Warrant and All Related Documents. The motion is GRANTED and it is hereby ordered that:

The search warrant and all related documents be sealed, pending further order of the Court. The Government may disclose such sealed documents to counsel for any defendant in the above-referenced case, or any related case, in order to comply with its discovery obligations under Federal Rule of Criminal Procedure 16 and its *Brady/Giglio* obligations. The Government also reserves the right to redact the search warrant and all related documents in order to protect potential witnesses and/or personal identifying information.

July 12, 2024
Date

ALISTAIR E. NEWBERN
United States Magistrate Judge