# Exhibit 2

Post

Log in Sign up

**Kyle Cheney**
@kyledcheney

MORE FRIDAY FILINGS: A court has unsealed the search warrant for Rep. Ogles' Gmail account in the now-defunct FBI investigation of a falsely reported $300,000 loan to his campaign.

storage.courtlistener.com/recap/gov.usco...

4. As set forth in detail below, the evidence in possession of the FBI to date establishes probable cause to believe that WILLIAM ANDREW OGLES ("OGLES"), a resident of the Middle District of Tennessee, and others—including [redacted]—falsely reported making $300,000 of candidate loans to OGLES's federal campaign for the U.S. House of Representatives, in violation of 18 U.S.C. § 1001 (false statements), 18 U.S.C. § 1519 (falsification of records), and 18 U.S.C. § 371 (conspiracy) (collectively, the "SUBJECT OFFENSES"). There is, moreover, probable cause to believe that evidence of the SUBJECT OFFENSES will be located in two Google accounts that are the subject of this affidavit:

9:52 PM · Oct 2, 2026 · **20.1K** Views

2 156 416 32

**Greda Bailey** @kmo0125 · 17h

When your campaign finance paperwork gets scrutinized down to your personal Gmail account, you know it's a rough week at the office.

4 231

Scan to get the app

Scan to get the app