**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the matter of Search of Information associated with the Google Account W*************@Gmail.com that is stored at premises controlled by Google LLC** | ) | **NO. 3:24-mj-4250 and 3:24-mj-4276** |
| **In the matter of Search of a Wireless Telephone assigned telephone number (615)***-**** believed to be used by William Andrew Ogles** | ) | |

**ORDER**

On October 3, 2026, the Court directed the Clerk to reseal Doc No. 45 in Case No. 3:24-mj-4250 and Doc. No. 44 in Case No. 3:24-mj-4276. (Doc. No. 49). When the Court did so, it was not aware that both documents had entered the public domain. The Clerk has also confirmed that the documents were accessed by members of the public on October 2, 2026. This is consistent with the representations of Scripps Media, Inc. (Doc. Nos. 50 at 2 and 50-2 in Case No. 3:24-mj-4250, and Doc. Nos. 49 at 2 and 49-2 in Case No. 3:24-mj-4276).

Congressman Ogles concedes that the documents at issue have been disclosed to the public. (Doc. No. 52 at 3). Nevertheless, he asks the Court to maintain the sealing to prevent further dissemination. This overlooks the obvious, the documents are no longer in the exclusive control of the Court. Rather, they are in the public domain. "Once information is published, it cannot be made secret again." Rudd Equipment v. John Deere Const. and Forestry, 834 F.3d 589, 592 (6th Cir. 2016) (quoting In re Copley Press, Inc., 518 F.3d 1022, 1025 (9th Cir. 2008)); United States v. Southeast Eye Specialists, PLLC, 586 F.Supp. 3d 787, 794-95 (M.D. Tenn. 2022) (after a sealed documents is unsealed "the bell cannot now be unrung.").

Accordingly, the Clerk shall unseal Doc No. 45 in Case No. 3:24-mj-4250, and Doc. No. 44 in Case No. 3:24-mj-4276.

The motions to stay disclosure pending resolution of objections (Doc. No. 40 in Case No. 3:24-mj-4250, and Doc. No. 39 in Case No. 3:24-mj-4276) are **DENIED.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE