**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the matter of Search of Information associated with the Google Account W*************@Gmail.com that is stored at premises controlled by Google LLC** | ) | |
| | ) | **No 3:24-mj-4250 and 3:24-mj-4276** |
| **In the matter of Search of a Wireless Telephone assigned telephone number (615)***-**** believed to be used by William Andrew Ogles** | ) | |

**ORDER**

Within **fourteen days** of entry of this order, Congressman Ogles and the Government shall respond to Scripps Media, Inc.'s objections to the Magistrate Judge's October 2, 2026 order.

IT IS SO ORDERED

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE